IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KENNEDI FRANCIS SARAFOLEAN,<br><br>　　　　　Petitioner,<br><br>vs.<br><br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | MEMORANDUM DECISION AND ORDER LIFTING STAY<br><br>Case No. 2:16-cv-564-DAK<br><br>Judge Dale A. Kimball |

　　　　This mater was stayed pending the Tenth Circuit's decision in *United States v. Baker*, 20-3062 (10th Cir.). The Tenth Circuit has decided *Baker*, reiterating that Hobbs Act robbery is categorically a crime of violence. 2022 WL 3371011 (10th Cir. Aug. 16, 2022). Therefore, the court lifts the stay. If Petitioner maintains, after *Baker*, the position that this case should not be dismissed, he shall file a brief setting forth his reasoning by October 28, 2022. If Petitioner does not file a brief, the court will dismiss this action based on *Baker*.

　　　　DATED this 6th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　Dale A. Kimball,
　　　　　　　　　　　　　　　　　　　　　　United States District Judge